

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Delta County Appraisal District, Appellant

No. 06-20-00063-CV     v.

PPF Gin & Warehouse, LLC, Appellee

Appeal from the 62nd District Court of Delta County, Texas (Tr. Ct. No. 11193). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We further order that the appellant, Delta County Appraisal District, pay all costs incurred by reason of this appeal.

RENDERED JULY 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk